THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Timothy Wayne Dezern Appellant.
 
 
 

Appeal From Spartanburg County
Alexander S. Macaulay, Circuit Court Judge
Unpublished Opinion No.  2008-UP-037
Submitted January 2, 2008  Filed January 11, 2008

APPEAL DISMISSED

 
 
 
 Assistant
 Appellate Defender Aileen P. Clare, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, Office of the Attorney General, all of Columbia; and Solicitor Harold
 W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER
 CURIAM:  Timothy Wayne Dezern appeals his conviction for
 first-degree burglary and sentence of fifteen years imprisonment, arguing the
 trial court erred in failing to grant a directed verdict for him.  He contends
 the State presented insufficient evidence of his guilt.  After a thorough review of the record, counsels brief,
 and Dezerns pro se brief, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Dezerns appeal and grant counsels motion to be relieved.
 
APPEAL DISMISSED.
HUFF AND PIEPER, JJ., AND CURETON, A.J., CONCUR.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.